UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL SIMMONS #697407,

       Plaintiff,

                                   Case No: 1:25-cv-513

v.

                                   HON. ROBERT J. JONKER

UNKNOWN SUTTEN et al.,

       Defendants.

_____/

**ORDER APPROVING AND ADOPTING MAGISTRATE'S
REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on April 23, 2026 (ECF No. 25). The Report and Recommendation was duly served on the parties, and no objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 25) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motion to strike Plaintiff's sur-reply (ECF No. 21) is DENIED, Defendants' motion for summary judgment (ECF No. 15) is GRANTED, and the case is **DISMISSED**.

Dated:   May 18, 2026               /s/ Robert J. Jonker
                                     ROBERT J. JONKER
                                     UNITED STATES DISTRICT JUDGE